Gregory M. Vinal, Esq.
Jeanne M. Vinal, Esq.

# VINAL & VINAL, P.C.
ATTORNEYS AT LAW

No-Fault Paralegal
Tyler D. Myszka

Sr. Litigation Paralegal / Office Manager
Jen Griesbaum

Social Security Paralegal
Julia B. Dietz

December 14, 2021

Mary Loewenguth
Clerk of Court
United States District Court -WDNY
2 Niagara Square
Buffalo, NY 14202

Re:   Zenith, et al. v. Allstate, et al.
      Case No.: 1:15-cv-00696

Dear Ms. Loewenguth:

With regard to your letter of 11/8/21, please advise how it was not known what the judge or his wife owned stock in a named defendant.

Second, please let me know who decided the conflict issue within the case as to not require defendant to get new counsel and allow substitution of Zenith. We sued Allstate on behalf of Zenith and then Allstate put Zenith into receivership and chose counsel to represent Allstate as a receiver against Allstate.

This was an extremely contentious case between Allstate, Zenith, and our firm with a bizarre sequence to the point I considered filing a grievance. Now, to hear that the judge assigned was an Allstate stockholder and did not notify the clerk to not assign any Allstate cases, is troubling. Second, to allow judge to get any stock in any insurance companies is frankly shocking to me as an attorney with 30 years' experience in civil litigation.

Please provide full disclosure as to how it was unknown that there was Allstate stock and if federal judges are not prohibited from being stockholders in liability insurance companies.

Please let me know if the other judges have owned stock in liability insurance companies.

Finally, please advise why a judge with an actual non-defeatable conflict needed to give the Clerk of the Court permission to disclose such a conflict.

Thank you for your courtesies.

Very truly yours,

Jeanne M. Vinal

JMV/gmg

193 Delaware Avenue • Buffalo, New York 14202 • Telephone: (716) 832-5900 • Facsimile: (716) 832-6735 • vinallaw.com